```
                   IN THE UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF CALIFORNIA


FARMERS INSURANCE EXCHANGE,           CIV. NO. 06-1790 DFL DAD

         Plaintiff,

         v.                           ORDER RE DISPOSITION AFTER
                                      NOTIFICATION OF SETTLEMENT
TABITHA MARIE VAUGHN-PEREZ,
UNITED STATES OF AMERICA,
DOES 1-10,

         Defendants.
_____/
```

The court has been advised by plaintiff's counsel, Dean A. Alper, Esq., that this action has been settled.  Therefore, it is not necessary that the action remain upon the court's active calendar.

Accordingly, IT IS ORDERED:

1. That counsel file settlement/dismissal documents, in accordance with the provisions of Local Rule 16-160, no later than October 11, 2006; and

//

1

2. That all hearing dates previously set in this matter are vacated.

IT IS SO ORDERED.

Dated: 9/22/2006

DAVID F. LEVI
United States District Judge